# EXHIBIT A

AMERICAN ARBITRATION ASSOCIATION

INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

COMMERCIAL ARBITRATION RULES


BOSCH AUTOMOTIVE SERVICE

SOLUTIONS, INC.,

       Claimant,

       vs.         Case No. 01-21-0016-2306

                Arbitrator Thomas W. Cranmer

COLLISION SCIENCES, INC.,

       Respondent.

_____


    ARBITRATION HEARING

    Taken at 150 W. Jefferson Avenue, #2500,

    Detroit, Michigan

    Commencing at 9:10 a.m.,

    Monday, September 9, 2024,

    Before Jenifer Weisman, CSR-6006.

1  A.  Right.  Vehicles get taken out of service, get
2      replaced with new vehicles, so the coverage increases.
3  Q.  I think you had a slide here on how it works and you
4      talked about before, so can you refresh again since we
5      have some pictures on how to describe it?
6  A.  Okay.  So we support basically two use cases.  There's
7      the case where the vehicle is intact and we can
8      retrieve by connecting to the on-board diagnostic
9      table.  It's earlier in the -- prior to OBD, they
10     called it DLC, data link connector, and that's the
11     main connector that you plug in your scan tools.
12              So the CDR tool would support the read-out
13     for the majority of the vehicles through the OBD
14     connector.  In the case of an event where the crash is
15     bad enough where, you know, there's no more electrical
16     connections, we have to connect directly to a module,
17     and that's called a direct-to-module connection;
18     that's why we have all these cables and adaptors and
19     such.
20 Q.  What is the output of the software, which is the next
21     page?
22 A.  Okay.  Basically, it's a report.  The report is very
23     specific to, you know -- it has to be printed.  So
24     we've been producing CDR reports so they can fit on a
25     letter size paper; that's one of the main

AMERICAN ARBITRATION ASSOCIATION

INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

COMMERCIAL ARBITRATION RULES

BOSCH AUTOMOTIVE SERVICE

SOLUTIONS, INC.,

    Claimant,

    vs.            Case No. 01-21-0016-2306

                      Arbitrator Thomas W. Cranmer

COLLISION SCIENCES, INC.,

    Respondent.

_____

    VOL II

    ARBITRATION HEARING

    Taken at 150 W. Jefferson Avenue, #2500,

    Detroit, Michigan

    Commencing at 9:00 a.m.,

    Tuesday, September 10, 2024,

    Before Jenifer Weisman, CSR-6006.

1  A.  I wouldn't want to say something incorrect either.
2  Q.  I understand.  I just wanted to clear that up.
3          CSI was founded in 2015, is that right?
4  A.  Yes.
5  Q.  Explain the motivation for creating the company.
6  A.  So motivation for starting the company, having
7      experience in the accident reconstruction field, I
8      wanted to, you know, create greater access to very
9      crucial data.  There are millions and millions of car
10     accidents every single year and each accident produces
11     -- each vehicle will store crucial evidence on the
12     vehicle, and it's very difficult data to get to
13     logistically, very expensive; insurance companies
14     weren't using it very often, so just the world and
15     industry needed better access to this information, so
16     I wanted to provide tools in reporting that could pave
17     access for literally anyone globally.  If you're in a
18     car accident and you need evidence, that you can get
19     to that evidence affordably.
20          Somewhat altruistic, I've even given our
21     reports away for free to people who just can't afford
22     it.  So really, the purpose was to provide access to
23     crash data, and then also provide assistance in
24     understanding that data better.
25 Q.  And in your understanding, was that -- it sounds like

```
1     can read through the report carefully and really pull
2     apart the evidence, and it allows them to understand.
3                    So if there's no crash data, they can read
4     on and they can read on to different sections.  So I
5     mentioned a lot of the sections already:  vehicle
6     specifications, safety research, recalls, diagnostic
7     data, and then there are injury risk sections whether
8     or not there's crash data stored or not.
9  Q. CSI's business model is based on selling per report,
10    right, selling the reports?
11 A. Yes, we sell per report.  However, that's the only way
12    we charge a client and we include all consulting
13    within that fee, and we get a lot of phone calls, we
14    get e-mails, and we'll respond to those e-mails; we
15    include technical support, so it's really a holistic
16    pricing model, but we do a lot of consulting within
17    that pricing model.
18 Q. Do you charge customers for any hardware?
19 A. Yes.
20 Q. Explain that.
21 A. We do have a third-party company that builds hardware,
22    the Bluetooth adapter, and we have a little kit with
23    an extension cable; we charge $200 for that.  That
24    will include shipping; we'll get it to anyone in two
25    days.
```

1     perspective, I think that there's several types of
2     users in the industry.  So Bosch's main users are law
3     enforcement and accident reconstructionists, but our
4     main users are from an insurance focus, and a lot of
5     them just need to get a very quick look at a few data
6     points to understand whether -- how to manage a claim
7     and maybe triage it and whether to take it further,
8     and quite often, they will refer it to an accident
9     reconstructionist, and then that person will go out
10    and use the Bosch tool.  So it really -- I think in
11    some ways it's help -- our tool is helping the
12    industry, because without it, certain accident
13    reconstructionists wouldn't even get referred certain
14    work.  So we're like increasing the work available for
15    crash reconstruction in the industry.
16 Q. Do you remember seeing the e-mails about when you
17    approached Bosch for the Invent with Bosch program?
18 A. Yes.
19 Q. I won't pull them out, but you remember talking about
20    that generally?
21 A. Yes.
22 Q. What were you hoping to accomplish when you approached
23    Bosch?
24 A. I was hoping for a collaboration to work together.
25    They had established OEM relationships and I had