# EXHIBIT B

**Date:** Tuesday, September 12 2017 03:10 PM
**Subject:** Re: Jason Bayley from Collision Sciences
**From:** Brad Muir <brad.muir@icloud.com>
**To:** Rose Bill (AA-AS/PRM3_a-Sba) <Bill.Rose@us.bosch.com>;

Bill,

He has been in several classes I taught here.

There are several companies I know of that are working on a solution whereby you hook a CDR kit up remotely to a vehicle OBD port via a wireless link.

They are primarily doing it for Scan tool via remote, but several are working on making it CDR compatible.

This would allow a company from a central location to have one kit and one license, yet offer download service all over and maybe not be in violation of the license as long as its one computer, one interface, one vehicle at a time?

For non-OBD accessible they have a mail in service. I know of several companies offering this service.

The remote-access is very attractive to insurance companies as it is more cost-effective than multiple DLC kits.

Brad


**From:** Bill Rose <Bill.Rose@us.bosch.com>
**Date:** Monday, September 11, 2017 at 5:40 PM
**To:** "Brad Muir (brad.muir@icloud.com)" <brad.muir@icloud.com>
**Subject:** Jason Bayley from Collision Sciences

Hey Brad,

Do you happen to know Jason Bayley from Collision Sciences? Check their website out: www.collisionsciences.ca

Any thoughts on his approach to investigating using crash data?

Best regards

**Bill Rose**

(AA-AS/PRM3_a-Sba)
Robert Bosch LLC | 2030 Alameda Padre Serra | Santa Barbara, CA 93103 | USA | www.bosch.us
Tel. +1 805 880-9189 | Mobile +1 805 574-9935 | Fax +1 805 965-3497 | Bill.Rose@us.bosch.com