UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLLISION SCIENCES, INC.

      PETITIONER,

CIVIL ACTION NO:
2:25-cv-11026-JJCG-EAS

v.

BOSCH AUTOMOTIVE SERVICE
SOLUTIONS, INC.

      RESPONDENT.

## **CERTIFICATE OF SERVICE**

The undersigned states that on April 10, 2025, she caused to be served copies of the following:

- Petition to Vacate or Modify Arbitration Award and Memorandum in Support;

upon:

    Mr. Steven Zeller
    DYKEMA
    10 South Wacker Drive, Suite 2300
    Chicago, Illinois 60606
    SZeller@dykema.com

via e-mail, first-class mail, and certified mail.

And on April 11, 2025, served a copy of this Certificate of Service, upon Mr. Zellar via first-class mail only.

I declare the above statement is true to the best of my knowledge, information, and belief.

/s/*Michelle K. Erffmeyer*
Michelle K. Erffmeyer, Legal Assistant
Varnum LLP

27220913.1