# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COLLISION SCIENCES, INC. ) | |
| ) | |
| PETITIONER, ) | |
| ) | Case No. 2:25-cv-11026-JJCG-EAS |
| v. ) | Hon. |
| ) | |
| BOSCH AUTOMOTIVE SERVICE ) | |
| SOLUTIONS, INC. ) | |
| ) | |
| RESPONDENT. ) | |
| ) | |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Steven McMahon Zeller of Dykema Gossett PLLC on behalf of Respondent Bosch Automotive Service Solutions, Inc. in the above-captioned matter.

    DYKEMA GOSSETT PLLC

    By: /s/Steven McMahon Zeller (IL6238416)
        Steven McMahon Zeller
        Attorneys for Respondent
        10 South Wacker Drive, Suite 2300
        Chicago, Illinois 60606
        (312) 627-2272
        szeller@dykema.com

Dated:  April 16, 2025

107332.000047  4934-5881-3750.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will provide notification to all counsel of record.

DYKEMA GOSSETT PLLC

By: /s/Steven McMahon Zeller (IL6238416)
Attorneys for Respondent
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 627-2272
szeller@dykema.com