## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| COLLISION SCIENCES, INC. | ) |
| | ) |
| PETITIONER, | ) |
| | ) Case No. 2:25-cv-11026-JJCG-EAS |
| v. | ) Hon. |
| | ) |
| BOSCH AUTOMOTIVE SERVICE | ) |
| SOLUTIONS, INC. | ) |
| | ) |
| RESPONDENT. | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Lisa A. Brown of Dykema Gossett PLLC on behalf of Respondent Bosch Automotive Service Solutions, Inc. in the above-captioned matter.

DYKEMA GOSSETT PLLC

By: */s/ Lisa A. Brown*
Lisa A. Brown (P67208)
Attorneys for Respondent
400 Renaissance Center
Detroit, Michigan 48243
(313) 568-6800

Dated:  April 17, 2025

107332.000047 4930-2784-9014.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will provide notification to all counsel of record.

DYKEMA GOSSETT PLLC

By: */s/ Lisa A. Brown*
    Lisa A. Brown (P67208)
    Attorneys for Respondent
    400 Renaissance Center
    Detroit, Michigan 48243
    (313) 568-6800