# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

COLLISION SCIENCES, INC.,

    Petitioner,

v.

BOSCH AUTOMOTIVE SERVICE SOLUTIONS, INC.,

    Respondent.

_____/

Case No.: 25-11026
Hon. Judge Jonathan J.C. Grey
Mag. Judge Elizabeth A. Stafford

## ORDER GRANTING STIPULATED AMENDED BRIEFING DEADLINES

The parties, by their respective counsel, having stipulated hereto, and the Court being otherwise fully advised;

**IT IS HEREBY ORDERED** that (i) Respondent Bosch Automotive Service Solutions, Inc. ("Bosch") may file its response to the petition to vacate or modify the arbitration award (ECF No. 1) **on or before May 1, 2025**; and (ii) Petitioner Collision Sciences, Inc. may file a reply in support of its petition **on or before May 15, 2025**.

    **SO ORDERED.**

Date: April 18, 2025

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

**SO STIPULATED:**

    By: <u>*Timothy P. Monsma* (with consent)</u>
        Timothy P. Monsma (P72245)
        Hannay A. Cone (P87285)
        *Counsel for Petitioner*
        *Collision Sciences Inc.*

    By: <u>*Steven McMahon Zeller*</u>
        Steven McMahon Zeller (IL 6238416)
        Lisa Brown (P67208)
        *Counsel for Respondent*
        *Bosch Automotive Service Solutions, Inc.*

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 18, 2025.

s/ **S. Osorio**
Sandra Osorio
Case Manager
