UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLLISION SCIENCES, INC.,

    Petitioner,

v.

BOSCH AUTOMOTIVE SERVICE
SOLUTIONS, LLC,

    Respondent.

Case No. 2:25-cv-11026-JJCG-EAS

Honorable Jonathan J.C. Grey

Magistrate Judge Elizabeth A. Stafford

**NOTICE OF NAME CHANGE OF
RESPONDENT BOSCH AUTOMOTIVE SERVICE SOLUTIONS, LLC**

    PLEASE TAKE NOTICE that the Respondent previously known as Bosch Automotive Service Solutions, Inc., is now known as Bosch Automotive Service Solutions, LLC.

Dated: May 1, 2025                By: *s/ Steven McMahon Zeller*

                                                    DYKEMA GOSSETT PLLC

                                                    Steven McMahon Zeller (IL6238416)
                                                    10 S. Wacker Drive, Suite 2300
                                                    Chicago, Illinois 60606
                                                    Telephone: (312) 876-1700
                                                    SZeller@dykema.com

                                                    Lisa A. Brown (P67208)
                                                    400 Renaissance Center
                                                    Detroit, Michigan 48243
                                                    Telephone: (313) 568-6800
                                                    LBrown@dykema.com

                                                    *Attorneys for Respondent Bosch Automotive Service Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will provide notification to all counsel of record.

By: *s/ Steven McMahon Zeller*
Steven McMahon Zeller (IL6238416)

DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
SZeller@dykema.com

4921-2835-1287.1

3