## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

COLLISION SCIENCES, INC.,

          Petitioner,

v.

BOSCH AUTOMOTIVE SERVICE
SOLUTIONS LLC,

          Respondent.

Case No. 2:25-cv-11026-JJCG-EAS

Judge Jonathan J.C. Grey

Magistrate Judge Elizabeth A. Stafford

---

## STATEMENT OF DISCLOSURE OF
## CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4, <u>BOSCH AUTOMOTIVE SERVICE</u>

<u>SOLUTIONS LLC</u>, who is the <u>RESPONDENT</u>, makes the following disclosure:

### PART I – CITIZENSHIP

☒ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

☐ This party is a corporation incorporated in the State of **_____** and with a principal place of business in the State of _____.

☒ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

> If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

Bosch Automotive Service Solutions LLC is a limited liability company organized in Delaware with its principal place of business in Michigan. The sole member of Bosch Automotive Service Solutions LLC is Robert Bosch LLC, also a limited liability company organized in Delaware with its principal place of business in Michigan. The sole member of Robert Bosch LLC is Robert Bosch North America Corporation, a corporation organized in Delaware with its principal place of business in Michigan.

☐ This party is a trust.

> If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

2

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.

☒ This party has one or more parent entities.

    If so, identify all parent entities.

Robert Bosch North America Corporation is the sole member of Robert

Bosch LLC, which is the sole member of Respondent Bosch Automotive

Service Solutions LLC. Robert Bosch North America Corporation is wholly-

owned by Robert Bosch GmbH, a German privately-owned company.

☐ This party has one or more subsidiaries.

    If so, identify all subsidiaries.

☒ This party has one or more affiliates.

    If so, identify all affiliates.

A complete list of affiliate companies in which Robert Bosch GmbH has an

ownership interest is published in the Bosch Group Annual Report, available

at https://www.bosch.com/company/annual-report/.

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.

      If so, identify all such owners.

_____

_____

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.

      If so, identify each such entity's financial interest in the litigation.

_____

_____

Signature: <u> s/*Steven McMahon Zeller* </u>
Printed Name: Steven McMahon Zeller
Bar Number: IL6238416
Firm Name: DYKEMA GOSSETT PLLC
Address: 10 S. Wacker Drive, Suite 2300
City, State, Zip Code: Chicago, IL 60606
Phone: 312-876-1700
Email Address: szeller@dykema.com

Date: May 1, 2025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will provide notification to all counsel of record.

By: *s/ Steven McMahon Zeller*
Steven McMahon Zeller (IL6238416)

DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
SZeller@dykema.com

4915-1401-5031.1