# EXHIBIT C

## INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

## AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| Bosch Automotive Service Solutions, Inc., | Case No. 1-21-0016-2306 |
| Claimant, | Arbitrator Thomas W. Cranmer |
| v. | |
| Collision Sciences, Inc., | |
| Respondent. | |

## RESPONDENT'S CERTIFICATE OF COMPLIANCE

NOW COMES RESPONDENT, Collision Sciences, Inc., and pursuant to the arbitrator's Final Award dated January 10, 2025 (the "Award"), hereby certifies that it has taken the steps ordered in paragraphs (1)-(3) of the Award.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is accurate to the best of my knowledge, understanding and belief. Executed on February 20, 2025

>
> /s/    Collision Sciences, Inc.
> By: _____
> Its:  CEO